IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. B-03-0136 |
| UTILIQUEST, L.L.C., MELANIE MCGINNESS AND SUE OBREGON, | § § § § | |
| Defendants. | § | |

### UTILIQUEST'S MOTION TO SUBSTITUTE ORIGINAL DECLARATION

UtiliQuest respectfully moves this Court to substitute the attached original declaration of Walt J. Wagner for the copy currently on file and attached to Defendant's Notice of Removal.

Respectfully submitted,

_____
Kerry E. Notestine
State Bar No. 15116950
Fed. I.D. No. 2423
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

Attorney-in-Charge for Defendant
UtiliQuest

**Of counsel:**

J. Bradley Spalding
State Bar No. 00786253
Fed. I.D. No. 21169
*and*
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record by postage-prepaid, certified mail, return receipt requested, on this the 6th day of August 2003, addressed as follows:

Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA, P.C.
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550

_____
J. Bradley Spalding

HOUSTON:157594.1 035266.1021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-03-0136 |
| | § | |
| UTILIQUEST, L.L.C., MELANIE | § | |
| MCGINNESS and SUE OBREGON, | § | |
| | § | |
| Defendants. | § | |

### DECLARATION OF WALTER WAGNER

1.  "My name is Walter Wagner. I am over the age of twenty-one years and am otherwise competent to testify to the facts set forth in this Declaration. All statements contained in this Declaration are true and correct and are based upon my personal knowledge.

2.  I am a regional human resources manager for UtiliQuest. In this position, I have access to the business records of UtiliQuest reflecting the value of wages paid and the benefits provided by UtiliQuest to Linda Prather. Based on those records, the amount in controversy in this litigation, exclusive of interest and costs, exceeds $75,000.

3.  Ms. Prather's employment with UtiliQuest was terminated on or about May 14, 2002. Before then, Ms. Prather worked for UtiliQuest earning an annual salary in the amount of $16,640. UtiliQuest also provided short-term disability benefits to Ms. Prather. These wages and benefits have an annual value in excess of $10,000.

4.  Ms. Prather also seeks front pay and loss of future earning capacity. Because Ms. Prather was 21 years old when her employment relationship with UtiliQuest ended, she could claim front pay or loss of future earning capacity covering a period of approximately 45 years.

Ms. Prather's claim for front pay and loss of future earning capacity by itself represents an amount in controversy in excess of $75,000.

5. Ms. Prather also seeks compensatory and punitive damages. UtiliQuest has more than 2000 employees. Under the compensatory damages provisions in the Texas Commission on Human Rights Act, Ms. Prather's claim for compensatory and punitive damages by itself represents an amount in controversy in excess of $75,000.

6. I declare under penalty of perjury that the foregoing is true and correct."
Executed on July 28, 2003.

_Walt J Wagner_
Walt J. Wagner