UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C. A. NO. B-03-0136 |
| | § | |
| UTILIQUEST, LLC, MELANIE MCGINNESS AND SUE OBREGON, | § | |
| | § | |
| Defendants. | § | |

### CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Court's Order entered upon filing of the Petition for Removal of this action.

On August 7, 2003, I served copies of the Order Setting Conference and Judge Hanen's Civil Procedures, which includes the Joint Report on Meeting required by Rule 26(f) and Joint Discovery/Case Management Plan on all other parties by certified mail, return receipt requested.

Respectfully submitted,

_____
Kerry E. Notestine
State Bar No. 15116950
Fed. I.D. No. 2423
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (telephone)
713.951.9212 (facsimile)

Attorney-in-Charge for Defendant
UtiliQuest

**Of counsel:**

J. Bradley Spalding
State Bar No. 00786253
Fed. I.D. No. 21169
*and*
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record by certified mail, return receipt requested, on this the 8th day of August 2003, addressed as follows:

> Ruben R. Pena
> LAW OFFICES OF RUBEN R. PENA, P.C.
> P.O. Box 530160
> 222 W. Harrison
> Harlingen, Texas 78550

J. Bradley Spalding

HOUSTON:157709.1 035266.1021

2