United States District Court
Southern District of Texas
AUG 1 4 2003
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
AUG 1 5 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. B-03-0136 |
| UTILIQUEST, L.L.C., MELANIE MCGINNESS AND SUE OBREGON, | § § § § | |
| Defendants. | § | |

## ORDER

UtiliQuest's Motion to Substitute Original Declaration is GRANTED. The copy of the declaration of Walt J. Wagner currently on file and attached to Defendant's Notice of Removal shall be replaced with the original.

Signed this 14th day of August, 2003.

_____
UNITED STATES DISTRICT JUDGE