United States District Court
Southern District of Texas
FILED

AUG 1 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA MARIE PRATHER | § | |
| | § | |
| VS. | § | B-03-0136 |
| | § | |
| UTILIQUEST, LLC., MELANIE | § | |
| MCGINNESS AND SUE OBREGON | § | |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Linda Prather, by and through her undersigned attorney, and files this, and in accordance with the Court's Order, hereby files her list of financially interested parties to this litigation:

1. Linda Marie Prather
2. Utiliquest, LLC
3. Melanie McGinness
4. Sue Obregon

WHEREFORE, Plaintiff Linda Prather, hereby prays that the Court take notice of this filing. Additionally, Plaintiff Linda Prather, prays for such other and further relief, at law or in equity, to which she may be justly entitled to receive.

DISCLOSURE OF INTERESTED PARTIES
RRP:nez
D:\WPDOCS\Prather\Disc.Int.Parties.1.wpd

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY: _____
  RUBEN R. PEÑA
  Federal I.D. No. 1216
  State Bar No. 15740900

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of Disclosure of Interested Parties has been forwarded, by certified mail, return receipt requested, on this the __15__ day of August, 2003, to:

Kerry E. Notestine
J. Bradley Spalding
Littler Mendelson
1301 McKinney St., Suite 1900
Houston, Texas 77010

_____
RUBEN R. PEÑA