IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § § § § | **United States District Court Southern District of Texas FILED** <br><br> AUG 19 2003 <br><br> Michael N. Milby <br> Clerk of Court |
| Plaintiff, | | |
| v. | § | C.A. No. B-03-0136 |
| UTILIQUEST, L.L.C., MELANIE MCGINNESS AND SUE OBREGON, | § § § § § | |
| Defendants. | § | |

### DEFENDANTS UTILIQUEST AND MELANIE MCGINNESS' CERTIFICATE OF INTERESTED PERSONS

Defendants UtiliQuest and Melanie McGinness file this Certificate of Interested Persons.

I.

UtiliQuest discloses to the Court the following persons or entities having a financial interest in the outcome of this litigation:

1. UtiliQuest LLC

2. UtiliQuest Holdings

3. UGTI, Inc.

4. Melanie McGinness

Respectfully submitted,

_____
Kerry E. Notestine
State Bar No. 15116950
Fed. I.D. No. 2423
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

Attorney-in-Charge for Defendants
UtiliQuest
Melanie McGinness

**Of counsel:**

J. Bradley Spalding
State Bar No. 00786253
Fed. I.D. No. 21169
*and*
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record by postage-prepaid, certified mail, return receipt requested, on this the 15th day of August 2003, addressed as follows:

Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA, P.C.
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550

_____
J. Bradley Spalding

HOUSTON:157994.1 035266.1021

2