IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LINDA MARIE PRATHER | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | CIVIL ACTION NO. B-03-0136 |
| UTILIQUEST, L.L.C., MELANIE MCGINNESS and SUE OBREGON, | | |
| Defendants, | | |

## ORDER

The Court, having reviewed Defendant Utiliquest's Notice of Removal, Plaintiff Linda Marie Prather's Motion to Remand, and Utiliquest's Response to Plaintiff's Motion, hereby **ORDERS** Utiliquest to submit additional briefing concerning Prather's allegations of 1) ethnicity discrimination; 2) retaliation; and 3) negligent supervision, retention, and misrepresentation against Sue Obregon. Utiliquest shall be given seven days from receipt of this Order to present supplemental briefs.

Signed at Brownsville, Texas, on this 26th day of September, 2003.

Andrew S. Hanen
United States District Judge