IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

OCT 23 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | C.A. No. B-03-0136 |
| | § | |
| UTILIQUEST, L.L.C., MELANIE | § | |
| MCGINNESS AND SUE OBREGON, | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

UtiliQuest's Unopposed Motion to Substitute Original Declaration is GRANTED. The copy of the declaration of Melanie McGinness currently on file and attached to Sue Obregon and Melanie McGinness' Motion for Summary Judgment shall be replaced with the original.

Signed this 2nd day of October, 2003.

_____

UNITED STATES DISTRICT JUDGE