IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA MARIE PRATHER | § § | |
| *Plaintiff,* | § § | |
| vs. | § | C.A. NO. B-03-136 |
| UTILIQUEST, L.L.C., MELANIE MCGINNESS AND SUE OBREGON | § § § § | |
| *Defendants.* | § | |

### PRATHER, UTILIQUEST, MCGINNESS AND OBREGON'S
### JOINT DISCOVERY/CASE MANAGEMENT PLAN

Plaintiff Prather and Defendants Utiliquest, LLC, McGinness and Obregon file its Joint Discovery/Case Management Plan, as set forth below:

1. **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

   Counsel for plaintiff and Counsel for defendants have conferred via telephone and have agreed to the following deadlines.

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

   None.

3. **Specify the allegation of federal jurisdiction.**

   This Court has subject matter jurisdiction under 28 U.S.C. § 1332.

4. **Name the parties who disagree and the reasons.**

   Plaintiff has filed a Motion to Remand on the grounds that complete diversity does not exist.

5. **List anticipated additional parties that should be included, when they can be added and by whom they are wanted.**

   None.

6. **List anticipated interventions.**

   None.

7. **Describe class action issues.**

   None.

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete disclosures.**

   The parties will complete Initial Disclosure no later than December 1, 2003.

9. **Describe the proposed agreed discovery plan, including:**

   A. **Responses to all matters raised in Rule 26(f).**

   See responses to Sections 9 B through G.

   B. **When and to whom the plaintiff anticipates it may send interrogatories.**

   Prather anticipates sending interrogatories to Utiliquest, McGinness and Obregon by January 5, 2004.

   C. **When and to whom the defendant anticipates it may send interrogatories.**

   Utiliquest, McGinness and Obregon anticipate sending interrogatories to Prather by January 5, 2004.

   D. **Of whom and by when the plaintiff anticipates taking oral depositions.**

   Prather anticipates taking the deposition of corporate officials to be determined by March 30, 2004.

   E. **Of whom and by when the defendant anticipates taking oral depositions.**

   Utiliquest, McGinness and Obregon anticipate taking Prather's deposition by July 1, 2004. Utiliquest, McGinness and Obregon do not waive their right to take depositions other than that specified above.

2

  F. **List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

   Prather may depose any expert designated by Utiliquest, McGinness and Obregon, and will do so no later than April 15, 2004.

  G. **List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

   Utiliquest, McGinness and Obregon may depose any expert designated by Prather, and will do so no later than July 1, 2004.

10. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

Not applicable.

11. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

None.

12. **State the date the planned discovery can reasonably be completed.**

July 21, 2004.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) conference.**

A Rule 26(f) conference was held, however the parties do not believe that settlement discussions would be helpful until discovery has commenced.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

See No. 13.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.**

The parties do not believe that alternative dispute resolution would be helpful at this early stage of the litigation, but will consider mediation after substantive discovery is complete, provided that the facts support a potential settlement.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    The parties do not consent to a trial before a magistrate judge.

17. **State whether a jury demand has been made and if it was made on time.**

    The parties disagree as to whether a jury demand has been timely made.

18. **Specify the number of hours it will take to present the evidence in this case.**

    Prather will require approximately 16 hours to present her case.

    Utiliquest, McGinness and Obregon will require approximately 16 hours to present their case.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    Prather's Motion to Remand filed August 18, 2003.

    Obregon and McGinness' Motion for Summary Judgment filed October 8, 2003.

20. **List other motions pending.**

    None.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

    None.

22. **List the names, bar numbers, addresses, and telephone numbers of all counsel.**

    Attorney for Plaintiff Linda Marie Prather:

    **Ruben R. Pena**
    State Bar No. 15740900
    Fed. I.D. No. 1216
    P.O. Box 530160
    222 W. Harrison
    Harlingen, Texas 78550
    (956) 412-8200 (Telephone)
    (956) 412-8282 (Facsimile)

**Attorneys for Defendants Utiliquest, LLC, McGinness and Obregon:**

**Attorney-in-Charge**

**Kerry E. Notestine**
State Bar No. 15116950
Fed. I.D. No. 2423
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

**Of counsel:**

**J. Bradley Spalding**
State Bar No. 00786253
Fed. I.D. No. 21169;
1301 McKinney Street
Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

Respectfully submitted,

Ruben R. Pena
State Bar No. 15740900
Fed. I.D. No. 1216
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
(956) 412-8200 (Telephone)
(956) 412-8282 (Facsimile)

**Attorney for Plaintiff,
Linda Marie Prather**

*J. Bradley Spalding* by
**J. Bradley Spalding**
State Bar No. 00786253
Fed. I.D. No. 21169;
1301 McKinney Street
Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

*with permission*

**Attorney for Defendants,
Utiliquest, McGinness and Obregon**

Houston:162356.1 035266.1021