IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 18 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LINDA MARIE PRATHER | § | |
| | § | |
| V. | § | CIVIL NO. B-03-136 |
| | § | |
| UTILIQUEST, L.L.C., MELANIE | § | |
| MCGINNESS and SUE OBREGON | § | |

## ORDER

Defendant Utiliquest is ordered to show cause why its pleadings should not be stricken and/or the motion to remand should not be granted for its failure to comply with this Court's order of the 26th day of September, 2003. (Attached hereto)

This matter will be addressed on November 21, 2003 at the scheduled initial pretrial conference. Any written response should be filed well in advance of that hearing.

Signed this 18th day of November, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge