United States District Court
Southern District of Texas
FILED

NOV 21 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>INITIAL PRETRIAL AND SCHEDULING CONFERENCE</u>

CIVIL ACTION NO. <u>B-03-136</u>   DATE & TIME <u>11/21/03 @ 8:53 - 9:10 am</u>

COUNSEL:

<u>LINDA MARIE PRATHER</u>   §   <u>Ruben Pena</u>

VS   §

<u>UTILIQUEST LLC, ET AL</u>   §   <u>Kerry Notestine</u>

---

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket. Ruben Pena appeared for the Plaintiff. Kerry Notestine appeared for the Defendants.

Jury Demand request by the Plaintiff-**granted.**

Following deadlines set by the Court:

Jury Selection is set for 5/6/04 @ 9:00 a.m.
 Counsel will do voir dire. Jury to be 8 members(including alternates).
Final Pretrial/Docket call is set for 5/4/04 @ 1:30 p.m.
Joint Pretrial Order due by 4/20/04
Plaintiff's experts to be named by 2/13/04
Defendants' experts to be named by 3/15/04
Discovery completed by 4/13/04
Dispositive motions filed by 3/5/04
Non-dispositive motions filed by 4/20/04
New parties joined by 12/1/03

ETT - 4 days.

Court is adjourned.