United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA MARIE PRATHER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-136 |
| | § | |
| UTILIQUEST LLC, ET AL | § | |

## Scheduling Order

1. Trial: Estimated time to try: __4__ days.    ☐ Bench    ■ Jury

2. New parties must be joined by:    December 1, 2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    February 13, 2004

4. The defendant's experts must be named with a report furnished by:    March 15, 2004

5. Discovery must be completed by:    April 13, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:    March 5, 2004

   Non-Dispositive Motions will be filed by:    April 20, 2004

************************* The Court will provide these dates. *************************

7. Joint pretrial order is due:    April 20, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:    May 4, 2004
9. Jury Selection is set for 9:00 a.m. on:*    May 6, 2004

*Counsel to do voir dire. Jury to be eight (8) members (including alternates).

The case will remain on standby until tried.

Signed this the 21st day of Nov_____, 2003.

Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**