IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LINDA MARIE PRATHER | § | |
| | § | |
| V. | § | CIVIL NO. B-03-136 |
| | § | |
| UTILIQUEST, L.L.C., MELANIE | § | |
| MCGINNESS and SUE OBREGON | § | |

## ORDER

The deposition of Melanie McGuinness shall take place well in advance of the March 5th deadline on a date and at a time to be agreed upon by counsel for both sides in the office of Utiliquest's counsel in Houston, Texas.

Signed this 18th day of February, 2004.

_____
Honorable Andrew S. Hanen
United States District Judge