24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | C. A. No. B-03-0136 |
| UTILIQUEST, LLC, MELANIE | § | |
| MCGINNESS AND SUE OBREGON, | § | |
| | § | |
| *Defendants*. | § | |

DEFENDANT'S NOTICE OF AMENDED TABLE OF CONTENTS

Due to a computer error which went undetected by counsel and his staff, the Table of Contents filed with Defendant UtiliQuest L.L.C.'s Motion for Summary Judgment on March 5, 2004 was incorrect. Accordingly, Defendant files an amended Table of Contents which contain updated page references, attached hereto as Exhibit 1, which the Court may substitute for the original Table of Contents filed on March 5, 2004.

Respectfully submitted,

JBS w/ permission

Kerry E. Notestine
State Bar No. 15116950
Fed. I.D. No. 2423
1301 McKinney, Suite 1900
Houston, Texas 77010
(713) 951-9400 (Telephone)
(713) 951-9212 (Telecopier)

Attorney-in-Charge for Defendants
UtiliQuest, LLC
Sue Obregon
Melanie McGinness

Of Counsel:
LITTLER MENDELSON, P.C.
and
J. BRADLEY SPALDING
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record by postage-prepaid, certified mail, return receipt requested, on this the 8th day of March 2004, addressed as follows:

Ruben R. Pena
222 W. Harrison
Harlingen, Texas 78550

ATTORNEY FOR PLAINTIFF
LINDA MARIE PRATHER

J. Bradley Spalding

## TABLE OF CONTENTS


PAGE

I. NATURE AND STAGE OF THE PROCEEDINGS ..... 1

II. STATEMENT OF THE ISSUES AND STANDARD OF REVIEW ..... 2

III. FACTUAL BACKGROUND ..... 2

A. Introduction ..... 2

B. UtiliQuest's Policies and Practices Concerning Sick Leave and Leaves of Absence ..... 3

C. Plaintiff Exhausts her Personal/Sick Time for the Year by August 2001 and Before She Learns She is Pregnant ..... 5

D. By the End of 2001, Plaintiff had been Absent from Work at least 16 Days or More Than Three Times her Allotted Number of Personal/Sick Days Under UtiliQuest's Policy ..... 6

E. Ms. Obregon Helps Plaintiff Obtain Short Term Disability Coverage ..... 6

F. Plaintiff Exhausts her Personal/Sick Time for the Year by March 2002 ..... 8

G. Plaintiff is Administratively Terminated. ..... 9

IV. SUMMARY OF THE ARGUMENT ..... 10

V. ARGUMENT ..... 11

1. Plaintiff's Failure to Exhaust her Administrative Remedies Deprives the Court of Jurisdiction to Hear Plaintiff's Claims for National Origin Discrimination under the TCHRA. ..... 11

2. Plaintiff's Disparate Treatment Claims Based on National Origin and Sex Should Be Dismissed as a Matter of Law. ..... 12

A. Plaintiff Cannot Establish the Elements of a Prima Facie Case of Discrimination with Respect to Her Administrative Termination. ..... 13

B. Plaintiff Has No Evidence of Pretext. ..... 15

3. Plaintiff Cannot Support a Claim for Retaliation Because She did Not Engage in Any Protected Activity. ..... 16

**TABLE OF CONTENTS**
(CONTINUED)

**PAGE**

4. Plaintiff's IIED Claim Fails as a Matter of Law. .................................... 17

A. Plaintiff's Complaints With Regard to Her Employment Do Not Give Rise to a Claim of Intentional Infliction of Emotional Distress. ........................................................ 17

B. There is No Evidence of Extreme and Outrageous Conduct. ...... 18

VI. CONCLUSION ........................................................................................ 19