United States District Court
Southern District of Texas
FILED
MAR 2 6 2004
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C. A. No. B-03-0136 |
| UTILIQUEST, LLC, MELANIE | § | |
| MCGINNESS AND SUE OBREGON, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT'S MOTION TO SUBSTITUTE ORIGINAL DECLARATION OF MELANIE MCGINNESS

Defendant UtiliQuest, LLC files this Motion to Substitute Original Declaration of Melanie McGinness, attached hereto as Exhibit 1. UtiliQuest respectfully requests that the Court substitute the original declaration for the facsimile copy currently on file and attached to Defendant UtiliQuest, LLC's Motion for Summary Judgment.

Respectfully submitted,

Kerry E. Notestine
State Bar No. 15116950
Fed. I.D. No. 2423
1301 McKinney, Suite 1900
Houston, Texas 77010
(713) 951-9400 (Telephone)
(713) 951-9212 (Telecopier)

Attorney-in-Charge for Defendants
UtiliQuest, LLC
Sue Obregon
Melanie McGinness

Of Counsel:
LITTLER MENDELSON, P.C.
and
J. BRADLEY SPALDING
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: 713.951.9400
Fax: 713.951.9212

## CERTIFICATE OF CONFERENCE

I, J. Bradley Spalding, counsel for Defendant, hereby certify that I have contacted Ruben Pena, Counsel for Plaintiff, via electronic mail on two occasions regarding the contents of this Motion. Mr. Pena has not yet responded to those e-mails.

_____
J. Bradley Spalding

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record by postage-prepaid, certified mail, return receipt requested, on this the 24th day of March 2004, addressed as follows:

Ruben R. Pena
222 W. Harrison
Harlingen, Texas 78550

ATTORNEY FOR PLAINTIFF
LINDA MARIE PRATHER

_____
J. Bradley Spalding

Houston:170708.1 035266.1021

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § § | |
| PLAINTIFF, | § § | |
| V. | § § | C.A. NO. B-03-0136 |
| UTILIQUEST, L.L.C., MELANIE MCGINNESS AND SUE OBREGON, | § § § § | |
| DEFENDANTS. | § | |

## SECOND DECLARATION OF MELANIE MCGINNESS

1. "My name is Melanie McGinness. I am over the age of twenty-one years and am otherwise competent to testify to the facts set forth in this Declaration. All statements contained in this Declaration are true and correct and are based upon my personal knowledge.

2. I have been employed with UtiliQuest, LLC ("UtiliQuest") (and, as it was previously known, Byers Engineering Company) since 1986, and currently work out of the Atlanta office. My current title is human resources/benefits coordinator, and I held that position at all times relevant to the facts giving rise to this litigation.

3. UtiliQuest has a Family and Medical Leave Act ("FMLA") Policy that by law covers those locations where it employs 50 or more employees at a single worksite or within a 75-mile radius of a worksite. Some company locations (including the Harlingen, Texas facility), are not covered by the FMLA because the company employs fewer than 50 people. At these locations, employees who want to take a leave of absence, for whatever reason, must use their personal/sick time and vacation to cover any leave. An employee who chooses to take a leave of absence but has no sick time or vacation time available (either because they have not accrued the time or have already exhausted their time), or whose leave of absence will exceed their sick and

vacation time, are subject to administrative termination. UtiliQuest's practice of administratively terminating employees who take a leave of absence but do not have sufficient vacation and personal/sick time to cover the leave and are not otherwise not eligible for FMLA leave applies irrespective of the reason the leave is needed (i.e. personal illness, on-the-job injury, pregnancy, etc.).

4. Since April 1, 1998 (the date that UtiliQuest became a company), UtiliQuest has administratively terminated 4 employees at the Harlingen facility. These employees had taken leaves of absence for the following reasons: pregnancy/maternity (1), on-the job injury (1), personal illness (2), and did not have sufficient vacation and personal/sick time to cover the leave. Of the 4 employees administratively terminated at the Harlingen facility two were male and two were female. Of the four employees administratively terminated at the Harlingen facility three were of Hispanic national origin, one was of "American" national origin. Of the four employees administratively terminated since April 1, 1998 two have applied and been rehired when they were released from their leave.

5. Since April 1, 1998 two women at the Harlingen facility have become pregnant. UtiliQuest administratively terminated one of these female employees (Linda Prather) when she chose to take a maternity leave of absence but did not have sufficient vacation and personal/sick time to cover the leave. One of these female employees (Sue Obregon, Ms. Prather's supervisor), used her vacation and personal/sick days to cover her leave rather than take a leave of absence and be administratively terminated.

6. Company-wide, five employees who have taken leave of absence since April 1, 1998, were not covered by the FMLA based upon the number of persons employed at their respective facilities. All of these non-FMLA covered employees were administratively

terminated pursuant to company practice. Two of these employees took their leaves of absence for pregnancy/maternity. The other three were for non-pregnancy-related issues. Two of these employees were male, three were female. Company-wide since April 1, 1998, 42 employees who took leaves of absence were not covered by the FMLA based upon their length of service (less than a year). Each of these 42 employees were administratively terminated pursuant to company practice. 16 of these employees took a leave of absence for personal illness, eight for pregnancy/maternity and 18 for unknown reasons. Since April 1, 1998, 10 of these employees have applied and been rehired when they were released from their leave.

7. In addition, I have become pregnant while employed at UtiliQuest and was eligible for FMLA leave. I returned to work at the conclusion of my FMLA leave, and was therefore not terminated.

8. I declare under penalty of perjury that the foregoing is true and correct."

Executed on March 4, 2004

*Melanie McGinness*
Melanie McGinness