IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA MARIE PRATHER, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | C. A. No. B-03-0136 |
| UTILIQUEST, LLC, MELANIE MCGINNESS AND SUE OBREGON, | § § § | |
| *Defendants.* | § § | |

ORDER

Defendant's Motion to Substitute Original Declaration of Melanie McGinness is GRANTED.

Signed this 26th day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE