30

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA MARIE PRATHER | § § | |
| VS. | § § | B-03-0136 |
| UTILIQUEST, LLC., MELANIE MCGINNESS AND SUE OBREGON | § § § | |

## UNOPPOSED MOTION FOR CONTINUANCE ON JURY SELECTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW **LINDA MARIE PRATHER** in the above-entitled and numbered cause, and pursuant to F.R.C.P. 16(b)(2) and 16(b)(5), file this their Unopposed Motion for Continuance of Jury Selection and in support thereof would respectfully show the Court as follows:

I.

Jury Selection is currently scheduled for Thursday, May 6, 2004 at 9:00 a. m.

II.

Plaintiff Linda Marie Prather's counsel is scheduled for Oral Arguments before the Thirteenth Court of Appeals on the same date and time as this case in Edinburg, Texas in a case styled *Hector Moron d/b/a Diversco v. Computer Curriculum Corporation* with Appellate Case Number 13-03-00052-CV. The original petition in this appellate case was filed on July 26, 2000. As a result, the Plaintiff requests a continuance for Jury Selection

None of the parties are opposed to this continuance and none of the parties are opposed to this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Linda Marie Prather prays that this Honorable Court grant her Unopposed Motion for Continuance of Jury Selection and for such other and further relief, at law or in equity, which this Plaintiff may be justly entitled to receive.

1

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
222 W. Harrison
Harlingen, Texas 78550
Telephone (956) 412-8200
Facsimile (956) 412-8282

By:_____
RUBEN R. PEÑA
Texas Bar No. 15740900
Federal ID.# 1216

ATTORNEY FOR PLAINTIFF LINDA MARIE PRATHER.

### CERTIFICATE OF CONFERENCE

This is to certify that all attorneys of record have conferred regarding the substance of this Motion. Attorneys for Plaintiff and Defendant UtiliQuest, L.L.C. have no objection to the entry of said Order.

_____
RUBEN R. PEÑA

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been forwarded on this the 21 day of April, 2004, to:

Kerry E. Notestine
J. Bradley Spalding
Littler Mendelson, P.C.
301 McKinney S., Ste. 1900
Houston, Texas 77010.

_____
RUBEN R. PEÑA

2