IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

APR 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LINDA MARIE PRATHER<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL NO. B-03-136 |
| UTILIQUEST, LLC, MELANIE<br>MCGINNESS and SUE OBREGON<br>Defendants. | §<br>§<br>§<br>§ | |

ORDER

The Court hereby **ORDERS** both Plaintiff Linda Marie Prather ("Plaintiff") and Defendant Utiliquest, LLC ("Utiliquest") to submit supplemental briefs discussing the impact, if any, of the United States Supreme Court's June 3, 2003, decision in <u>Desert Palace, Inc. v. Costa</u>, 539 U.S. 90, 123 S.Ct. 2148, 156 L.Ed.2d 84 (2003), on Plaintiff's gender discrimination claim. Briefs should include analysis of the case itself, any and all Fifth Circuit case law addressing the case, and other circuits' analysis of same. Briefs must be submitted to the Court no later than May 26, 2004.

Further, Plaintiff alleged in her Response to Defendant's Motion For Summary Judgment that Defendant has failed to comply with Plaintiff's discovery requests. Under Rule 37 of the Federal Rules of Civil Procedure, a party may move to compel disclosure. Filing such a motion is the proper method with which to address any discovery problems.

Signed this 26th day of April, 2004.

Andrew S. Hanen
United States District Judge