UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 7 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LINDA MARIE PRATHER | § § | |
| VS. | § § | B-03-0136 |
| UTILIQUEST, LLC., MELANIE MCGINNESS AND SUE OBREGON | § § § | |

### ORDER GRANTING CONTINUANCE OF JURY SELECTION

On this day the Court considered the Unopposed Motion for Continuance of Jury Selection and after considering the motion and arguments of counsel, the Court believes that the Motion should be GRANTED. It is therefore

ORDERED, ADJUDGED AND DECREED that JURY SELECTION be reset for 12th day of August at 9:00 A.M. Final pretrial conference to be set at 1:30 pm on August 10, 2004

_____
JUDGE PRESIDING

cc:  Ruben R. Peña
     Law Offices of Ruben R. Peña, P.C.
     222 W. Harrison
     Harlingen, Texas 78550
     Facsimile: (956) 412-8282

     Kerry E. Notestine
     Bradley Spalding
     1301 McKinney Street, Suite 1900
     Houston, Texas 77010
     Fax: 713.951.9212